01

02

03

04

05

06          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. MJ 11-266
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )   DETENTION ORDER
11  LEIF O'NEIL CHRISTENSEN,             )
                                         )
12          Defendant.                   )
    _____  )

13

14  <u>Offense charged</u>:       Distribution of Material Constituting or Containing Child Pornography;

15  Possession of Child Pornography; Felon in Possession of a Firearm

16  <u>Date of Detention Hearing</u>:    June 16, 2011.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably

20  assure the appearance of defendant as required and the safety of other persons and the

21  community.

22  / / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's past criminal history includes a previous conviction for possession of child pornography, as well as a conviction for failing to register as a sex offender. Defendant's counsel proffers that the failure to register was occasioned by a change of address by the defendant, rather than a complete failure to register. Numerous failures to appear, with bench warrant activity, are on defendant's criminal history. The current firearms charge is based on defendant's alleged possession of a loaded Ruger .357 handgun.

2. The AUSA proffers that, subsequent to arrest, defendant allegedly attempted to obstruct justice by trying to persuade his sister to claim the gun as hers and to say that the location where the controlled substances, pornography and firearm were found was not his primary living space.

3. Defendant poses a risk of nonappearance due to a history of failing to appear and failing to comply. He poses a risk of danger due to the nature of the instant offense, criminal history, and failure to comply. Further, there is a concern about the presence of a minor at his proposed release address, and potential contact with minors at his place of employment.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

DETENTION ORDER
PAGE -2

01    2. Defendant shall be afforded reasonable opportunity for private consultation with

02        counsel;

03    3. On order of the United States or on request of an attorney for the Government, the

04        person in charge of the corrections facility in which defendant is confined shall deliver

05        the defendant to a United States Marshal for the pupose of an appearance in connection

06        with a court proceeding; and

07    4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

08        for the defendant, to the United States Marshal, and to the United State Pretrial Services

09        Officer.

10        DATED this <u>16th</u> day of June, 2011.

11

12                               Mary Alice Theiler

13                               United States Magistrate Judge

14

15

16

17

18

19

20

21

22