THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. CR25-117-JNW |
| Plaintiff, | ) | CR11-335-JNW |
| v. | ) | ORDER TO CONTINUE SENTENCING/REVOCATION HEARING |
| LEIF O'NEIL CHRISTENSEN, | ) | |
| Defendant. | ) | |

THIS COURT has considered Leif O'Neil Christensen's unopposed motion to continue his sentencing/revocation hearing along with the records in this case.

IT IS ORDERED that the sentencing/revocation hearing is rescheduled for October 16, 2025.

DATED this 25th day of August 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Leif O'Neil Christensen

ORDER TO CONTINUE SENTENCING/
REVOCATION HEARING
(*US v. Christensen*, CR25-117-JNW & CR11-335-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100